## EATON v ROBISON

Ohio Appeals, 4th Dist, Lawrence Co

Decided June 7, 1933

## BORCHERDING v BORCHERDING

Ohio Appeals, 6th Dist, Wood Co

No 562. Decided May 14. 1934

L. D. Hill, Bowling Green, for plaintiff in error.

E. R. Voorhees, Woodville, for defendant in error.

Corn, Jenkins, Hopkins & Collier, Ironton, and Andrews, Edwards & Andrews, Ironton, for the motion.

A. R. Johnson, Ironton, contra.

For full opinion see 40 OLR 357; 47 Oh Ap. 436; 192 NE 132.